UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WYLMINA E. HETTINGA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>JOHN ORLANDO, et al.,<br><br>        Defendants. | Case No.: C 09-00253 PVT<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE; REPORT AND RECOMMENDATION TO DENY APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On January 20, 2009, plaintiff Wylmina E. Hettinga applied to proceed *in forma pauperis*. The application identifies specific assets, including ownership in a home with a market value of $650,000 and a mortgage in the amount of $177,000 as well as an "IRA worth $45,277.24, which [she] will use this year to pay off [her] debts and live off of." Having reviewed the application, the court orders that the case be reassigned to a district court judge and recommends that the application be denied and for the plaintiff to pay the entire filing fee of $350.

Dated: 1/27/09

                                            PATRICIA V. TRUMBULL
                                            United States Magistrate Judge