IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Wylmina Hettinga, et al., | No. C 09-00253 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| John Orlando, et al., | |
| Defendants. | |

This case was scheduled for a Case Management Conference on June 15, 2009. However, there are currently two pending motions to dismiss. (See Docket Item Nos. 10, 23.) In light of these pending motions, the Court VACATES the Case Management Conference. The Court will set a new conference in its Order addressing the pending motions, if necessary.

Dated: June 10, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Douglas MacLeod bdm@wsblaw.net
Paul T. Hammerness paul.hammerness@doj.ca.gov

Wylmina E Hettinga
5300 Terner Way, #1206
San Jose, CA 95136

| | |
|---|---|
| **Dated:  June 10, 2009** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers**<br>    **Elizabeth Garcia**<br>    **Courtroom Deputy** |

2